INSTRUMENT PREPARED BY AND
WHEN RECORDED MAIL TO:
Wilshire Credit Corporation
14523 SW Millikan Way, #200
Beaverton, OR 97005

APN / Tax ID: _____ | This area for recording office use

## Corporate Assignment of Mortgage/Deed of Trust

FOR VALUE RECEIVED, **Mortgage Electronic Registration Systems, Inc.** with an address of **PO BOX 2026, FLINT, MI 48501**, hereby grants, assigns and transfers to *as nominee for Mortgage Lenders Network USA, Inc.* Wilshire Credit Corporation

with an address of 14523 SW Millikan Way, Beaverton, OR 97005

All beneficial interest under that certain Mortgage/Deed of Trust dated **10/3/2006** and executed by **HOLLAND, JASON AM,**

The original lender being **MORTGAGE LENDERS NETWORK USA, INC**

Recorded on **10/11/2006** in book **9102** at page **155** as Instrument No. _____ of Official Records in the County Recorder's office of **Kennebec**, Sate of **Maine**.

See attached legal description

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under this Mortgage/Deed of Trust.

**Mortgage Electronic Registration Systems, Inc. as nominee for MORTGAGE LENDERS NETWORK USA, INC**

_Treva Moreland_
Name: Treva Moreland
Title: Assistant Secretary

*This assignment is being re-recorded to include the name of the assignee*

**STATE OF OR**

**COUNTY OF Washington**

On **7/24/2007** before me, **Chris Decker**, Notary Public

Personally appeared **Treva Moreland**, who is the **Assistant Secretary** of said corporation

Personally known to me –OR– ☐ | Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

OFFICIAL SEAL
CHRIS T. DECKER
NOTARY PUBLIC-OREGON
COMMISSION NO. 416085
MY COMMISSION EXPIRES MAY 5, 2011

_____
Chris Decker, Notary Public

② Noonan, Dave

**EXHIBIT E**


Doc #: 2007030234
Book 9542 Page 0239

Received Kennebec SS.
10/25/2007 8:58AM
# Pages 2 Attest:
BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS

# EXHIBIT A
## LEGAL DESCRIPTION

A certain parcel of land, with buildings thereon, situated in the Town of Fayette, County of Kennebec, State of Maine, bounded and described as follows:

Beginning at an iron pin, on the Livermore Falls - Fayette Town Line, on the southerly edge of the old County Road;

Thence S. 6° 55' W, one hundred fifty-seven and 2/10 (157.2) feet, more or less, along the aforementioned town line to an iron pin near the brook;

Thence S. 87° 40' E. seventy-five and 6/10 (75.6) feet more or less, to an iron pin at the old stone dam;

Thence S. 51° E. one hundred thirty-four and 7/10 (134.7) feet, more or less, to an iron pin;

Thence N. 31° 45' E., one hundred two and 6/10 (102.6) feet more or less, to an iron pin on the southerly edge of the aforementioned road;

Thence N. 63° W., two hundred sixty-eight (268) feet more or less, along the southerly edge of said road to the point of beginning.

Herein described land being in the town of Fayette near Livermore Camp Ground and said bearings being magnetic January, 1972.

For title reference see deed recorded in said Registry of Deeds in Book 6997, Page 18.

Doc # 2007034975
Book 9597 Page 0051

2nd Recording

Received Kennebec SS.
12/19/2007 10:08AM
# Pages 2 Attest:
BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS