INSTRUMENT PREPARED BY AND
WHEN RECORDED MAIL TO:
Wilshire Credit Corporation
14523 SW Millikan Way, #200
Beaverton, OR 97005

APN / Tax ID:

This area for recording office use

## Corporate Assignment of Mortgage/Deed of Trust

FOR VALUE RECEIVED, "MERS" is Mortgage Electronic Registration Systems, Inc. as Nominee for **MORTGAGE LENDERS NETWORK USA, INC.** with an address of **3300 SW 34th Avenue, Ocala, FL 34474**, hereby grants, assigns and transfers to

**Wilshire Credit Corporation**

with an address of **14523 SW Millikan Way, Beaverton, OR 97005**

All beneficial interest under that certain Mortgage/Deed of Trust dated **10/03/2006** and executed by **JASON A.M. HOLLAND**

The original lender being **MORTGAGE LENDERS NETWORK USA, INC.**

Recorded on **10/11/2006** in book **9102** at page **155** as Instrument No. **2006030583** of Official Records in the County Recorder's office of **KENNEBEC**, Sate of **Maine.**

**See attached legal description**

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under this Mortgage/Deed of Trust.

"MERS" is Mortgage Electronic Registration Systems, Inc. as Nominee for MORTGAGE LENDERS NETWORK USA, INC.

Name: Justin Rauh
Title: Assistant Secretary

STATE OF OR
COUNTY OF Washington

On 2/27/2009 before me, **Justin M. Burns**, Notary Public, Personally appeared **Justin Rauh**, who is the **Assistant Secretary** of **"MERS" is Mortgage Electronic Registration Systems, Inc. as Nominee for MORTGAGE LENDERS NETWORK USA, INC.**, Personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

OFFICIAL SEAL
JUSTIN M BURNS
NOTARY PUBLIC OREGON
COMMISSION NO 432673
MY COMMISSION EXPIRES SEPT 17, 2012

Justin M. Burns, Notary Public

2) O.g. Longrua

EXHIBIT
F

Doc # 2009006015
Book 10003 Page 0005

Received Kennebec ss.
03/09/2009 8:22AM
# Pages 2 Attest:
BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS

Doc 2006030583
Book 9102 Page 0172

Received Kennebec SS.
10/11/2006 11:02AM
# Pages 18 Attest:
BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS



# EXHIBIT A
## LEGAL DESCRIPTION

A certain parcel of land, with buildings thereon, situated in the Town of Fayette, County of Kennebec, State of Maine, bounded and described as follows:

Beginning at an iron pin, on the Livermore Falls - Fayette Town Line, on the southerly edge of the old County Road;

Thence S. 6° 55' W, one hundred fifty-seven and 2/10 (157.2) feet, more or less, along the aforementioned town line to an iron pin near the brook;

Thence S. 87° 40' E. seventy-five and 6/10 (75.6) feet more or less, to an iron pin at the old stone dam;

Thence S. 51° E. one hundred thirty-four and 7/10 (134.7) feet, more or less, to an iron pin;

Thence N. 31° 45' E., one hundred two and 6/10 (102.6) feet more or less, to an iron pin on the southerly edge of the aforementioned road;

Thence N. 63° W., two hundred sixty-eight (268) feet more or less, along the southerly edge of said road to the point of beginning.

Herein described land being in the town of Fayette near Livermore Camp Ground and said bearings being magnetic January, 1972.

For title reference see deed recorded in said Registry of Deeds in Book 6997, Page 18.