

OPR BK 12079 PGS 170 - 171    08/20/2015  02:11:50 PM
INSTR # 2015020925           # OF PAGES    2
ATTEST:      BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS        KENNEBEC COUNTY, ME

Prepared by: Michelle S. Capps
4909 Savarese Circle
Tampa, FL 33634
Phone#: (813) 615-3599

Recording requested by:
BANK OF AMERICA, N.A., SUCCESSOR
BY MERGER TO WILSHIRE CREDIT
CORPORATION

When recorded mail to:
GREEN TREE SERVICING
ATTN: JUSTIN SMYTHE-ELLSWORTH
7360 S KYRENE RD, T-330
TEMPE, AZ 85283
Attn: JUSTIN SMYTHE-ELLSWORTH

## CORPORATION ASSIGNMENT OF MORTGAGE

For value received, the undersigned, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO WILSHIRE CREDIT CORPORATION, 1800 TAPO CANYON RD, SIMI VALLEY, CA 93063, hereby grants, assigns and transfers to:
FEDERAL NATIONAL MORTGAGE ASSOCIATION
14221 DALLAS PARKWAY STE 1000 DALLAS, TX 75254

All its interest under that certain Mortgage dated 10/03/06, executed by: JASON A.M. HOLLAND, Mortgagor as per MORTGAGE recorded as Instrument No. 2006030583 on 10/11/06 in Book 9102 Page 155 of official records in the County Recorder's Office of KENNEBEC County, MAINE.
Tax Parcel = R03047
Original Mortgage $144,300.00
21 BAMFORD HILL RD, FAYETTE, ME 04349

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Dated: 07/22/2015      BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO WILSHIRE CREDIT CORPORATION

By _____
Mary L Sabatto, Assistant Vice President

State of Florida
County of Hillsborough

The foregoing instrument was acknowledged before me this 22 day of Jul, 2015, by Mary L Sabatto as Assistant Vice President for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO WILSHIRE CREDIT CORPORATION.

_____
(Signature of Notary Public-State of Florida)
Raul L. Perez
_____, Notary Public

Personally Known _____ or
Produced Identification _____ Type of Identification Produced _____

Raul L. Perez
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF196338
Expires 2/5/2019

**EXHIBIT G**

# LEGAL DESCRIPTION

A certain parcel of land, with buildings thereon, situated in the Town of Fayette, County of Kennebec, State of Maine, bounded and described as follows:

Beginning at an iron pin, on the Livermore Falls - Fayette Town Line, on the southerly edge of the old County Road;

Thence S. 6° 55' W, one hundred fifty-seven and 2/10 (157.2) feet, more or less, along the aforementioned town line to an iron pin near the brook;

Thence S. 87° 40' E. seventy-five and 6/10 (75.6) feet more or less, to an iron pin at the old stone dam;

Thence S. 51° E. one hundred thirty-four and 7/10 (134.7) feet, more or less, to an iron pin;

Thence N. 31° 45' E., one hundred two and 6/10 (102.6) feet more or less, to an iron pin on the southerly edge of the aforementioned road;

Thence N. 63° W., two hundred sixty-eight (268) feet more or less, along the southerly edge of said road to the point of beginning.

Herein described land being in the town of Fayette near Livermore Camp Ground and said bearings being magnetic January, 1972.

For title reference see deed recorded in said Registry of Deeds in Book 6997, Page 18.