


## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS C/O 2100 E. ELLIOTT RD., BLDG 94, Mailstop T314, TEMPE, AZ 85284, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **DITECH FINANCIAL LLC, WHOSE ADDRESS IS 2100 E. ELLIOT RD., BLDG 94, Mailstop T314, TEMPE, AZ 85284 (800)643-0202, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 10/03/2006, made by **JASON A.M. HOLLAND** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC., ITS SUCCESSORS AND ASSIGNS** and recorded on 10/11/2006 in **Book 9102 and Page 0155**, in the office of the Recorder of **KENNEBEC** County, **Maine**.

**IN WITNESS WHEREOF**, this assignment was executed on __3__/__5__/2020 (MM/DD/YYYY). **FEDERAL NATIONAL MORTGAGE ASSOCIATION, by DITECH FINANCIAL LLC, its Attorney-in-Fact**

By: _Tiffany Floyd_
**Tiffany Floyd**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on __3__/__5__/2020 (MM/DD/YYYY), by Tiffany Floyd as VICE PRESIDENT of DITECH FINANCIAL LLC as Attorney-in-Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_Casey Greene_
Casey Greene
Notary Public - State of FLORIDA
Commission expires: 10/10/2023

CASEY GREENE
NOTARY PUBLIC
STATE OF FLORIDA
COMM# GG 921980
EXPIRES: 10/10/2023


**Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Ditech Financial LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683





EXHIBIT H