

OPR BK 13504 PGS 113 - 113  03/17/2020  10:01:24 AM
INSTR # 2020005927          # OF PAGES    1
ATTEST:     BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS          KENNEBEC COUNTY, ME



## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, DITECH FINANCIAL LLC, WHOSE ADDRESS IS 2100 E. ELLIOT RD., BLDG 94, Mailstop T314, TEMPE, AZ 85284, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to NEW RESIDENTIAL MORTGAGE LLC, WHOSE ADDRESS IS 1345 AVENUE OF THE AMERICAS, 45th FLOOR, NEW YORK, NY 10105 (212)798-6100, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 10/03/2006, made by **JASON A.M. HOLLAND** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC., ITS SUCCESSORS AND ASSIGNS** and recorded on 10/11/2006 in **Book 9102 and Page 0155**, in the office of the Recorder of **KENNEBEC** County, **Maine**.

IN WITNESS WHEREOF, this assignment was executed on __3__/__5__/2020 (MM/DD/YYYY).
DITECH FINANCIAL LLC

By: _Tiffany Floyd_ (signature)
Tiffany Floyd
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on __3__/__5__/2020 (MM/DD/YYYY), by Tiffany Floyd as VICE PRESIDENT of DITECH FINANCIAL LLC, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_Casey Greene_ (signature)
Casey Greene
Notary Public - State of FLORIDA
Commission expires: 10/10/2023

CASEY GREENE
NOTARY PUBLIC
STATE OF FLORIDA
COMM# GG 921980
EXPIRES: 10/10/2023

**Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Ditech Financial LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683





EXHIBIT
I