BK13555 PGS 252 - 252 05/15/2020 09:56:00 AM
INSTR#: 2020010029 ATTEST: BEVERLY BUSTIN-HATHEWAY
RECEIVED KENNEBEC SS REGISTER OF DEEDS
eRecorded Document

# MAINE
## COUNTY OF KENNEBEC

When Recorded Mail To: First American Mortgage Solutions, 1795 International Way, Idaho Falls, ID 83402, Ph. 208-528-9895

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **NEW RESIDENTIAL MORTGAGE, LLC**, located at **C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING 1100 VIRGINIA DRIVE, FORT WASHINGTON, PA 19034**, Assignor, does hereby grant, assign, transfer, and set over unto **NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**, located at **1100 VIRGINIA DRIVE, FORT WASHINGTON, PA 19034**, Assignee, its successors and assigns, all Assignor's interest in and to that certain Mortgage dated **OCTOBER 03, 2006**, executed by **JASON A.W. HOLLAND**, as Mortgagor(s), to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC., ITS SUCCESSORS AND ASSIGNS**, Original Mortgagee, and recorded in Book **9102** at Page **0155** as Instrument No. **2006030583** in the office of the Register of Deeds in the County of **KENNEBEC**, State of **MAINE**.
TOGETHER with all rights accrued or to accrue to said Mortgage.
IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on **MAY 13, 2020**.
**NEW RESIDENTIAL MORTGAGE, LLC, BY NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, ITS ATTORNEY IN FACT**

_____
**KAYLA SCHROEDER, VICE PRESIDENT**

STATE OF **IDAHO**      COUNTY OF **BONNEVILLE**    ) ss.

On **MAY 13, 2020**, before me, **AMANDA HAYES**, personally appeared **KAYLA SCHROEDER** known to me to be the **VICE PRESIDENT** of **NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS ATTORNEY-IN-FACT FOR NEW RESIDENTIAL MORTGAGE, LLC** the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

_____
**AMANDA HAYES (COMMISSION EXP. 01/22/2024)**
NOTARY PUBLIC

```
AMANDA HAYES
Notary Public - State of Idaho
Commission Number 20180124
My Commission Expires Jan 22, 2024
```

Page 1 of 1


EXHIBIT J