BK14315    PGS 63 - 63    01/10/2022 08:54:30 AM
INSTR#: 2022000607    ATTEST: DIANE WILSON
RECEIVED KENNEBEC SS    ACTING REGISTER OF DEEDS
eRecorded Document

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **NEWREZ LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING, WHOSE ADDRESS IS 1100 VIRGINIA DRIVE, FORT WASHINGTON, PA 19034, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **DLJ MORTGAGE CAPITAL, INC., WHOSE ADDRESS IS 11 MADISON AVENUE, 4TH FLOOR, NEW YORK, NY 10010, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 10/03/2006, made by **JASON A.M. HOLLAND** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC., ITS SUCCESSORS AND ASSIGNS** and recorded on 10/11/2006 in **Book 9102, Page 0155 and Doc # 2006030583**, in the office of the Recorder of **KENNEBEC** County, **Maine**.
Re-Record: 12/19/2007 BK: 9597 PG: 0050 INSTR: 2007034975.

**IN WITNESS WHEREOF**, this Assignment was executed **this 10th day of January in the year 2022**.
**NEWREZ LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

_____
**SUSAN HICKS**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 10th day of January in the year 2022, by Susan Hicks as VICE PRESIDENT of NEWREZ LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**JULIE MARTENS**
**COMM EXPIRES: 5/22/2022**

JULIE MARTENS
Notary Public - State of Florida
Commission # GG 221059
My Comm. Expires May 22, 2022
Bonded through National Notary Assn.

**Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Fannie Mae, C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North, Palm Harbor, FL 34683

 



EXHIBIT K