## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **DLJ Mortgage Capital, Inc.** | CIVIL ACTION NO:1:22-cv-00376-NT |
| **Plaintiff** | **PLAINTIFF'S RULE 7.1 DIVERSITY STATEMENT** |
| vs. | RE: 21 Bamford Hill Road, Fayette, ME 04349 |
| **Jason A. M. Holland** | Mortgage: October 3, 2006 |
| **Defendant** | Book 9102, Page 155 |

Pursuant to Federal Rule of Civil Procedure 7.1, 28 U.S.C. § 1332 and to enable District Judges and Magistrate Judges of the Court to evaluate the basis for Diversity Jurisdiction, Plaintiff hereby submits this Diversity Statement and states the following:

This Honorable Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.

Plaintiff, DLJ Mortgage Capital, Inc. is a corporation incorporated in the State of Delaware, with its principal place of business in the State of New York at 11 Madison Avenue, New York, NY 10010.

Defendant, Jason A.M. Holland, is believed to currently reside in the property in the State of Maine, at 21 Bamford Hill Road, Fayette, ME 04349.

The object of this litigation is a Note executed under seal currently owned and held by Plaintiff, DLJ Mortgage Capital, Inc., in which the Defendant, Jason A. M. Holland, is the obligor and the total amount owed under the terms of the Note, as of November 21, 2022, is Three Hundred Forty-Nine Thousand Nine Hundred Forty-Seven and 12/100 ($349,947.12) Dollars,

which includes:

| Description | Amount |
|---|---:|
| Principal Balance | $142,812.64 |
| Interest | $148,123.11 |
| Escrow/Impound Advance Balance | $52,593.83 |
| Late Charges Outstanding | $1,537.05 |
| Loan Level Advance Balance | $4,880.49 |
| Grand Total | $349,947.12 |

Thus, the amount in controversy well exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars, citizenship of the parties is diverse and jurisdiction is proper.

Respectfully Submitted,
DLJ Mortgage Capital, Inc.,
By its attorneys,

Dated: December 9, 2022

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on December 9, 2022, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Jason A. M. Holland
21 Bamford Hill Road
Fayette, ME 04349