UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **DLJ Mortgage Capital, Inc.** | **CIVIL ACTION NO:1:22-cv-00376-NT** |
| Plaintiff | **MOTION TO EXTEND TIME TO COMPLETE AND FLE SERVICE AS TO DEFENDANT** |
| vs. | RE:<br>**21 Bamford Hill Road, Fayette, ME 04349** |
| **Jason A. M. Holland** | Mortgage:<br>**October 3, 2006**<br>**Book 9102, Page 155** |
| Defendant | |

NOW COMES the Plaintiff in this matter, DLJ Mortgage Capital, Inc., by and through the undersigned counsel and hereby respectfully requests that an order be entered granting this Motion to Extend deadline for forty-five (45) days to complete and file service as to Defendant, Jason A. M. Holland. As grounds therefore, Plaintiff states as follows:

1. Undersigned counsel for Plaintiff has attempted service of the summons and Complaint upon Defendant, Jason A. M. Holland, at 21 Bamford Hill Road, Fayette, ME 04349 on numerous occasions by process server, Kevin Surette, of We Serve Maine, on Monday, December 19, 2022; Tuesday, January 10, 2023; and Saturday, January 14, 2023.

2. Kevin Surette of We Serve Maine performed surveillance of the subject property, 21 Bamford Hill Road, Fayette, ME 04349, on Tuesday, January 10, 2023 from 6:00AM to 9:00AM and on Saturday, January 14, 2023 from 3:00PM to 6:00PM, in an attempt to serve the Defendant, Jason A. M. Holland.

3. On Monday, December 19, 2023 at 2:00PM, Kevin Surette made his first attempt at service upon Defendant, Jason A. M. Holland at the subject property, which was

unsuccessful, and noted several vehicles on the premises with license plates, and five other vehicles on the property with no license plates, and a gun outside the front door of the property.

4. On Tuesday, January 10, 2023, Kevin Surette surveilled the subject property, between the hours of 6:00AM and 9:00AM, and stated there were three vehicles on the premises with no active registration and that the subject residence has an attached two-car garage, and both garage doors were open halfway and broken, and that car parts, and half-finished ATVs could be seen in the left garage bay.

5. On Saturday, January 14, 2023, Kevin Surette surveilled the subject property, between the hours of 3:00PM and 6:00PM, and he stated there were four vehicles on the premises with no snow on them and believed to not have current registration (but after a LexisNexis RISK/Accurint Vehicle Investigation search appear to be registered or at one time registered to Melissa A. Holland (daughter) of 21 Bamford Hill Road, Fayette, ME; Brent G. Holland (son) of 21 Bamford Hill Road, Fayette, ME; Nicholas A. Vanblarcom (LexisNexis RISK/Accurint indicates he is an "associate" of the Defendant) of 75 Chesterville Ridge Road, Fayette, ME, and Curtis B. Brown, III of 8 Woodsdale Drive, Jay, ME 04239)and further, that he performed a door knock to which no one answered; conducted a canvas of the area, and spoke to a neighbor at 27 Bamford Hill Road, Fayette, ME who stated to check the Franklin County Jail and refused to continue the conversation.

6. A search of the State of Maine Department of Corrections Adult Resident/Adult Community Client Search was performed using the Defendant's name and said search did not yield any results.

7. Additional investigation and research via LexisNexis Accurint/RISK and Whitepages indicates that the Defendant does likely lives at the subject property with his wife,

Lorna Mackenzie Holland a/k/a Lorna Mackenzie Pettitt, daughter, Melissa A. Holland and son, Brent G. Holland, and that his mother, Darlene Ames, also lives in Fayette, ME.

8. The undersigned has located telephone numbers and possible email addresses for the Defendant, Jason A. M. Holland, his wife, Lorna Mackenzie Holland a/k/a Lorna Mackenzie Pettitt and relatives of the Defendant and has attempted to contact the Defendant to accept service.

9. The office of the undersigned has also sent a copy of the summons and Complaint via UPS to the Defendant at the subject property address with an acceptance of service and return UPS envelope.

10. At this time, it does appear that the Defendant has attempted to evade service to date, but undersigned counsel for Plaintiff will continue its efforts to serve the Defendant, Jason A. M. Holland, and will file a Motion to Serve by alternative means if not successful on or before April 1, 2023.

11. Upon information and belief, based on the foregoing, Jason Holland resides in the subject premises and is evading service of process.

WHEREFORE, based on the foregoing, Plaintiff is requesting that this Honorable Court grant an additional forty-five (45) days to complete and file service as to Defendant, Jason A. M. Holland, or in the alternative, file a Motion for Alternate Service.

Respectfully Submitted,
DLJ Mortgage Capital, Inc.,
By its attorneys,

Dated: March 21, 2023

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C

Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on this 21st day of March 2023, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Jason A. M. Holland
21 Bamford Hill Road
Fayette, ME 04349